## George J. Williams, Appellant, v. J. C. Veeder, Appellee.

### Gen. No. 22,571.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD
T. WADE, Judge, presiding. Heard in this court at the October
term, 1916. Reversed and judgment here. Opinion filed January
22, 1917.

### Statement of the Case.

Action by George J. Williams, plaintiff, against J. C.
Veeder, defendant, to recover $56.25, being one and
one-half months' unpaid rent on a lease. From a judg-
ment for defendant, plaintiff appeals.

The former opinion of the Appellate Court in the
same case, 195 Ill. App. 413, held that the defendant
was obligated on the lease for rent to April 30, 1915.
He vacated May 1, 1914, and the plaintiff re-rented the
premises one and one-half months later. The defend-
ant claimed a surrender of the lease April 30, 1914.

CHARLES S. WILLISTON, for appellant.

BALCOMB, LANE & McGRATH, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opin-
ion of the court.

### Abstract of the Decision.

1. LANDLORD AND TENANT, § 449*—*when evidence insufficient to
show surrender of lease.* Evidence *held* to show that there was no
surrender of a lease, in an action thereon for rent.

2. LANDLORD AND TENANT, § 326*—*when refusal to direct verdict
in action for rent is erroneous.* Where a lessee of an apartment
executed a lease from the same lessor of another apartment, and

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

was notified he would be held answerable under the old lease until a new tenant was secured, *held*, upon evidence so showing in an action by the lessor for unpaid rent under the old lease, that the court erred in refusing to direct a verdict for the plaintiff for the amount of the rent for the period until a new tenant was secured.

―――――――――

### George E. Ford, Plaintiff in Error, v. American Express Company and Illinois Central Railroad Company, Defendants in Error.

### Gen. No. 22,581.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 22, 1917. Rehearing denied February 5, 1917.

## Statement of the Case.

Action of the fourth class in the Municipal Court of Chicago by George E. Ford, plaintiff, against the American Express Company and Illinois Central Railroad Company, defendants, to recover damages for alleged failure by the defendants to deliver promptly a carload of strawberries, shipped from Louisiana to Chicago. From a judgment for defendants, plaintiff brings error.

STEWART REED BROWN, for plaintiff in error.

WILLIAM A. PURCELL, for defendants in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.